435 A.2d 243

Commonwealth v. Cropper, Appellant.

* Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

Submitted March 21, 1980. Elaine De Masse, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order of the lower court affirmed.

LIPEZ, J., concurred in the result.